# United States District Court
# For The Western District of North Carolina
# Asheville Division

JIMMY D. RIOS,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                            1:08CV94-1-MU

BOYD BENNETT,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2008 Order.

                                                                FRANK G. JOHNS, CLERK

May 19, 2008

                                         *s/Elizabeth J. Barton*
                     BY: _____
                                         Elizabeth J. Barton, Deputy Clerk