IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV94-1-MU

JIMMY D. RIOS,                          )
                                        )
            Petitioner,                 )
                                        )
      v.                                )          **O R D E R**
                                        )
RICK R. JACKSON,                        )
                                        )
            Respondent.                 )
_____ )

   **THIS MATTER** comes before the Court upon Petitioner's Motion for Reconsideration

(Doc. No. 11), filed June 3, 2008; Petitioner's Motion for Reconsideration (Doc. No. 12), filed

July 9, 2008; and Petitioner's Motion for Status of Pending Motion (Doc. No. 13), filed August

20, 2008.

   On March 18, 2008, Petitioner filed a federal habeas petition with this Court.  On May

19, 2008, this Court dismissed Petitioner's federal habeas petition.  Petitioner has filed a motion[1]

asking the Court to reconsider its ruling.  Respondent has filed a response to Petitioner's Motion

to Reconsider.  For the reasons set forth in this Court's May, 19, 2008, Order and for the reasons

set forth in Respondent's response to Petitioner's Motion for Reconsideration, this Court denies

Petitioner's Motion for Reconsideration.

_____

   [1] Although document number twelve was docketed as a separate motion to reconsider, it
appears to be a letter inquiring as to the status of his June 3, 2008, Motion for Reconsideration.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Reconsideration (Doc. No. 11) is **DENIED**;

2. Petitioner's Motion for Reconsideration (Doc. No. 12) is **DENIED**; and

3. Petitioner's Motion for Status of Pending Motion (Doc. No. 13) is **DENIED** as moot.

Signed: March 25, 2009

Graham C. Mullen
United States District Judge